UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-21935-CIV-MORENO

TANEIKE Y. CAMPBELL,

    Plaintiff,

vs.

ENHANCED RECOVERY CORPORATION,

    Defendant.
_____/

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

THIS CAUSE came before the Court upon Plaintiff's Response to Order to Show Cause **(D.E. No. 5 )**, and Plaintiff's Motion for Extension of Time, **(D.E. No. 6)** filed on **December 3, 2009**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED.  Plaintiff's request for a twenty day extension to serve the summons and complaint to Defendant is GRANTED pursuant to the Court's discretion articulated in *Horenkamp v. Van Winkle & Co.*, 402 F.3d 1129, 1132 (11th Cir. 2005).  In *Horenkamp*, the Eleventh Circuit held that "Rule 4(m) grants discretion to the district court to extend the time for service of process even in the absence of a showing of good cause." *Id.* at 1132.  The Eleventh Circuit upheld the district court's decision granting an extension of time to serve defendant, because without it, the claim could not be re-filed due to the applicable statute of limitations. *Id.*

In the instant case, Plaintiff admits that it is unable to establish good cause for the delay. Yet,

even if this case was dismissed without prejudice, Plaintiff's claim would be barred without an extension of time, because of the applicable statute of limitations. The Advisory Committee Note to Rule 4(m) also guides this Court's decision by noting that "[r]elief may be justified . . . if the applicable statute of limitations would bar the refiled action . . . ." Fed. R. Civ. P. 4(m), Advisory Committee Note, 1993 Amendments. The Court notes that Defendant now has notice of the suit and was properly served on November 30, 2009, (D.E. No. 4). Accordingly, the Court hereby GRANTS Plaintiff's request for extension of time to preserve Plaintiff's claim. Defendant shall file a response to Plaintiff's complaint by **December 21, 2009**.

DONE AND ORDERED in Chambers at Miami, Florida, this /5 day of December, 2009.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record