UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-21935-CIV-MORENO

TANEIKE Y. CAMPBELL,

    Plaintiff,

vs.

ENHANCED RECOVERY CORPORATION,

    Defendant.
_____/

## ORDER DENYING MOTION FOR LIMITED APPEARANCE

THIS CAUSE came before the Court upon Defendant's Motion to Allow Limited Appearance of Peter E. Nicandri, Esq. **(D.E. No. 25)**, filed on **March 25, 2010**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED with leave to re-file for failure to comply with Rule 2B, Southern District of Florida, CM/ECF Administrative Procedures. Attorneys seeking *pro hac vice* admission into the Southern District of Florida must provide their email address in both the motion and the proposed order to receive electronic notices.

DONE AND ORDERED in Chambers at Miami, Florida, this 5 day of April, 2010.

                                                FEDERICO A. MORENO
                                                UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record